# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>　　　　　Plaintiffs, <br><br>　vs. <br><br>PEGGY A. BRENNAN, <br><br>　　　　　Defendants. | 4:16CR3033 <br><br>**ORDER** |

IT IS ORDERED that Defendant Brennan's motion, (Filing No. 60), is granted as follows:

1) Defendant Brennan is permitted to travel to Chicago and Glenview, Illinois from July 6, 2016 through July 11, 2016.

2) During this trip, Defendant Brennan shall stay at the residence of her son John Brennan and his wife, Melissa in Glenview, Illinois.

3) No less than three days before the trip begins, Defendant Brennan shall provide a copy of her complete travel itinerary (including her flight reservations and the specific address where she will be staying) to her supervising officer.

4) With the exception of permitting the forgoing trip to Illinois, Defendant Brennan remains subject to all terms of the order setting conditions of her pretrial release.

June 13, 2016.　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge