IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:16CR3033 |
| | ) | |
| v. | ) | |
| | ) | |
| PEGGY A. BRENNAN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff shall respond to Defendant's Motion to Terminate Probation (filing no. 176) on or before October 15, 2018.

DATED this 4th day of October, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge